**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION**

SHANEEKA WALKER,                    )    NO. EDCV 15-02577-AS
                                    )
             Plaintiff,             )
                                    )      **JUDGMENT**
        v.                          )
                                    )
NANCY A. BERRYHILL,                 )
Acting Commissioner of Social       )
Security,                           )
                                    )
             Defendant.             )
_____    )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the
Social Security Administration is reversed in part and the matter is
remanded for further administrative action consistent with the Opinion
filed concurrently herewith.


    DATED:   January 27, 2017.


                                    /s/
                          _____
                                ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE